UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SEARCH WARRANT APPLICATION | Case No. 3:24MJ70 (RMS) |
| | March 19, 2024 |

## RESPONSE TO ORDER

On February 27, 2024, the Court issued an order requesting the government to "submit either a memorandum detailing why notice of the execution of these warrants is not required, or an updated inventory indicating that copies of the warrant and inventory were served on the individuals whose cellular telephone records were searched." Doc. No. 17.

As indicated in the search warrant returns filed, *see* Doc. Nos. 20-22, these historical cell-site warrants were directed to and served on the Providers indicated and not on any particular device. The government applied for, and this Court authorized, the warrants in this case under 18 U.S.C. § 2703(c)(1)(A). 18 U.S.C. § 2703(c)(3) provides that "[a] governmental entity receiving records or information under this subsection is not required to provide notice to a subscriber or customer." Consistent with Section 2703(c)(3), the government has not provided notice of the warrant(s) to any subscriber.[1]

---

[1] The government did not request any nondisclosure orders in this particular case. Even if the government did seek such nondisclosure orders, however, such orders only prevent the Providers from notifying the subscribers per the terms of such an order. The government still would have no affirmative obligation to notify such subscribers.

Respectfully submitted,

VANESSA ROBERTS AVERY

UNITED STATES ATTORNEY

/s/ Brendan Keefe

BRENDAN KEEFE

ASSISTANT U.S. ATTORNEY

United States Attorney's Office

157 Church Street, 25th Floor

New Haven, CT 06510

Brendan.keefe@usdoj.gov

203-821-3710

Federal Bar No. ct28689